LAUREANO POSTIGO ACOSTA, Plaintiff and Appellant, *v.* JOSEFA AMELIA PÉREZ-MORFI, Defendant and Appellee.

No. 3993. Argued December 22, 1926.—Decided January 14, 1927.

*R. Arjona Siaca* for the plaintiff. *Miguel Bahamonde* for the defendant.

MR. JUSTICE WOLF delivered the opinion of the court.

The District Court of Ponce dismissed a complaint for divorce and also a cross-complaint. In its opinion the court analyzed the testimony and held that in a divorce proceeding the evidence should be convincing, citing various decisions of this court; that the complainant had not made out the case of cruel treatment on which the complaint was founded; that the insults received did not amount to cruelty and that the husband did nothing to attempt to harmonize matters. It is evident that the court was inclined to believe that the wife insulted the husband on occasion, but did not find that the insults amounted to cruelty.

We have examined the evidence and likewise think it probable that the defendant did occasionally insult the

plaintiff; but we see no reason to depart from the conclusions arrived at by the district court.

The judgment should be affirmed.

Mr Justice Hutchison took no part in the decision of this case.